ACCEPTED
12-14-00210-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/3/2015 6:09:18 PM
CATHY LUSK
CLERK

## NO. 12-14-00210-CR

| | | |
|---|---|---|
| BOBBIE DEWAYNE GRUBBS | § | IN THE TWELFTH |
| | § | |
| VS. | § | |
| | § | |
| STATE OF TEXAS | § | COURT OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/3/2015 6:09:18 PM
CATHY S. LUSK
Clerk

### MOTION FOR LEAVE TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**COMES NOW** Appellant Bobbie Dewayne Grubbs and files this his Motion for Leave to File Appellant's Brief, and in support thereof respectfully shows the Court as follows:

1. Appellant is Bobbie Dewayne Grubbs. Appellee is The State of Texas.

2. Appellant respectfully requests leave to file the Brief on June 3, 2015.

3. Three previous requests for extension to file the brief has been received in this cause.

5. Appellant relies on the following facts as good cause for the requested extension:

   A. Counsel for Appellant was not the trial counsel in these matters, so he is not as familiar with the facts and legal issues of the cases as he would have been had he been trial counsel – as such, he needs additional time to review the records;

   B. The reporter's record in this case contains fifteen (15) volumes, amounts to 1258 pages of transcribed information and 223 trial exhibits, several of which are videos. The clerk's record in this case is over three hundred (300) pages. Counsel for Appellant is now a solo practitioner, so he no longer has partners or associates to assist him;

   C. Unexpected court commitments over the last six months have limited the amount of time that counsel has had to work on this case; and

   D. This is a capital (non-death penalty) case.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion for Leave to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

1

Respectfully submitted,

THE LAW OFFICE OF STEPHEN SHIRES, PLLC
Attorney and Counselor at Law
123 San Augustine Street
Center, Texas 75935
Tel: (936) 598-3052
Fax: (936) 598-3031

By:_____
Stephen Shires
State Bar No. 50511894
stephen@shireslawfirm.com

**ATTORNEY FOR APPELLANT
BOBBIE DEWAYNE GRUBBS**

## CERTIFICATE OF SERVICE

This is to certify that on June 3, 2015, a true and correct copy of the above and foregoing document was served on the Shelby County District Attorney, Mr. Ken Florence by personal delivery.

_____
Stephen Shires

**STATE OF TEXAS**          §
                           §
                           §
**COUNTY OF SHELBY**        §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Stephen Shires, who after being duly sworn stated:

"I am the attorney for the Appellant in the above numbered and entitled cause. I have read the foregoing Motion for Leave to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



Stephen Shires
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on June 3, 2015, to certify which witness my hand and seal of office.

LEANNE TOMASZEWSKI
MY COMMISSION EXPIRES
November 22, 2018

Notary Public, State of Texas

3